

# United States District Court
# Eastern District of California

| PENSKE TRUCK LEASING CO., LP |

Plaintiff(s)

Case Number: 1:22-cv-01311-BAM

V.

| LIBERTY MUTUAL FIRE INSURANCE CO. |

APPLICATION FOR PRO HAC VICE
AND ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, KYLE NATHAN ROEHLER, ESQ. hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Plaintiff, PENSKE TRUCK LEASING CO., LP

On 04/21/2000 (date), I was admitted to practice and presently in good standing in the Supreme Court of Ms s o u r i (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 10/20/22     Signature of Applicant: /s/ [signature]

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | KYLE NATHAN ROEHLER, ESQ. |
| Law Firm Name: | FOLAND, WICKENS, ROPER, HOFER & CRAWFORD, P.C. |
| Address: | 1200 Main Street |
| | Suite 2200 |
| City: | Kansas City      State: MO    Zip: 64105 |
| Phone Number w/Area Code: | (816) 472-7474 |
| City and State of Residence: | Kansas City, MO |
| Primary E-mail Address: | kroehler@fwpclaw.com |
| Secondary E-mail Address: | pwhite@fwpclaw.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Scott L. Hengesbach |
| Law Firm Name: | Murchison & Cumming, LLP |
| Address: | 801 S. Grand Ave. |
| | 9th Flr. |
| City: | Los Angeles    State: CA    Zip: 90017 |
| Phone Number w/Area Code: | (213) 623-7400    Bar # 146731 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: October 31, 2022

/s/ Barbara A. McAuliffe
JUDGE, U.S. DISTRICT COURT

# The Supreme Court of Missouri



## Certificate of Admission as an Attorney at Law

I, Betsy AuBuchon, Clerk of the Supreme Court of Missouri, do hereby certify that the records of this office show that on 4/21/2000,

## *Kyle Nathan Roehler*

was duly admitted and licensed to practice as an Attorney and Counselor at Law in the Supreme Court of Missouri and all courts of record in this state, and is, on the date indicated below, a member in good standing of this Bar.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the Supreme Court of Missouri at my office in Jefferson City, Missouri, this 20th day of September, 2022.

*Betsy AuBuchon*

Clerk of the Supreme Court of Missouri