BLAKE J. RUSSUM (SBN 258031)
KRISTINA A. FRETWELL (SBN 297624)
ROPERS MAJESKI PC
445 South Figueroa St, 31st Floor
Los Angeles, CA  90071
Telephone:      213.312.2000
Facsimile:       213.312.2001
Email:            blake.russum@ropers.com
                       kristina.fretwell@ropers.com

Attorneys for Defendant
LIBERTY MUTUAL FIRE INSURANCE
COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENSKE TRUCK LEASING CO., LP,<br><br>Plaintiff,<br><br>v.<br><br>LIBERTY MUTUAL FIRE INSURANCE CO.; CORE-MARK INTERNATIONAL, INC.; MOHAMED HERSI, an Individual; and DOES 1-50, Inclusive,<br><br>Defendants. | Case No. 1:22-cv-01311-BAM<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Complaint filed: Oct. 12, 2022<br>Current response date: Dec. 5, 2022<br>New response date: Dec. 19, 2022 |

**IT IS HEREBY STIPULATED** by and between Plaintiff Penske Truck Leasing Co., LP ("Plaintiff") and Defendant Liberty Mutual Fire Insurance Company ("Liberty") by and through their respective attorneys of record, that Liberty shall have up to and including December 19, 2022 to file and serve its initial response to Plaintiff's Complaint in this action.  Pursuant to Local Rule 44(a), the parties previously agreed to a 28-day extension to respond to the Complaint from November 7, 2022 to December 5, 2022.  The parties are seeking to informally resolve their dispute, and contemplate the extension of time will give such efforts a greater chance of success.

All signatories to this Stipulation, and on whose behalf the filing is submitted, concur in the Stipulation's content and have authorized its filing.

**IT IS SO STIPULATED.**

Dated: December 1, 2022                ROPERS MAJESKI PC

By: */s/ Kristina A. Fretwell*
    BLAKE J. RUSSUM
    KRISTINA A. FRETWELL
    Attorneys for Defendant
    LIBERTY MUTUAL FIRE INSURANCE COMPANY

Dated: December 1, 2022                MURCHISON & CUMMING LLP

By: */s/ Scott L. Hengesbach*
    SCOTT L. HENGESBACH
    KATIE TRINH
    Attorneys for Plaintiff
    PENSKE TRUCK LEASING CO., LP

## SIGNATURE ATTESTATION

I obtained the authorization of Scott Hengesbach to affix his signature to this stipulation and submit this stipulation on his behalf.

Dated: December 1, 2022                */s/ Kristina A. Fretwell*
    KRISTINA A. FRETWELL

## ORDER

Pursuant to stipulation, and good cause appearing, the parties' request to extend the time for Liberty to respond to the complaint is GRANTED. Liberty shall file and serve its initial response to Plaintiff's Complaint on or before December 19, 2022.

IT IS SO ORDERED.

Dated: **December 2, 2022**                /s/ *Barbara A. McAuliffe*
    UNITED STATES MAGISTRATE JUDGE