Scott L. Hengesbach (SBN 146731)
Katie Trinh (SBN 332565)
**MURCHISON & CUMMING, LLP**
801 South Grand Avenue, Ninth Floor
Los Angeles, California 90017-4613
Telephone: (213) 623-7400
Facsimile: (213) 623-6336
E-Mail       shengesbach@murchisonlaw.com
             ktrinh@murchisonlaw.com

Attorneys for Plaintiff, PENSKE TRUCK LEASING CO., LP

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENSKE TRUCK LEASING CO., LP,<br><br>         Plaintiff,<br><br>         vs.<br><br>LIBERTY MUTUAL FIRE INSURANCE CO.; CORE-MARK INTERNATIONAL, INC.; MOHAMED HERSI, an Individual; and DOES 1-50, Inclusive,<br><br>         Defendant. | CASE NO.  1:22-cv-01311-BAM<br><br>**NOTICE OF VOLUNTARY DISMISSAL UNDER FEDERAL RULES OF CIVIL PROCEDURE 41(a)(1)(A)(i)** |

TO THE ABOVE-ENTITLED COURT AND TO ALL PARTIES HEREIN AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, Penske Truck Leasing Co., LP, hereby gives notice that the above-captioned action is voluntary dismissed, in its entirety, with prejudice, as to all Defendants.

DATED:  January 17, 2023        **MURCHISON & CUMMING, LLP**

                                By: *Scott L. Hengesbach* (signature)
                                _____
                                Scott L. Hengesbach
                                Katie Trinh
                                Attorneys for Plaintiff, PENSKE TRUCK LEASING CO., LP

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Los Angeles, State of California.  My business address is 801 South Grand Avenue, Ninth Floor, Los Angeles, CA 90017-4613.

On January 17, 2023, I served true copies of the following document(s) described as **NOTICE OF VOLUNTARY DISMISSAL UNDER FEDERAL RULES OF CIVIL PROCEDURE 41(A)(1)(A)(I)** on the interested parties in this action as follows:

**BY CM/ECF NOTICE OF ELECTRONIC FILING:**  I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 17, 2023, at Los Angeles, California.

Chris Thomas